January 16, 1968

## Baldwin Brothers Tax Assessment Appeal.

Argued December 11, 1967. *Paul H. Price,* with him *Oliver, Price & Rhodes,* for appellant; *Thomas M. Hart,* with him *Daniel L. Penetar,* Solicitors, for appellee.

PER CURIAM: This record is remanded to the lower court with direction to find the actual market value of the property being assessed. See *Baldwin Tax Assessment Appeal,* 211 Pa. Superior Ct. 469, 237 A. 2d 239 (1968).

Record remanded with a procedendo.

ERVIN, P. J., and WRIGHT, J., took no part in the consideration or decision of this case.